IN THE SUPREME COURT OF NORTH CAROLINA

No. 334A17

Filed 6 April 2018

IN THE MATTER OF THE FORECLOSURE UNDER THE POWERS GRANTED
IN CHAPTER 47F OF THE NORTH CAROLINA GENERAL STATUTES AND IN
THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS
FOR ADDISON RESERVE AT THE PARK AT PERRY CREEK SUBDIVISION
RECORDED AT BOOK 9318, PAGE 369, ET SEQ., WAKE COUNTY REGISTRY
CONCERNING GINA A. ACKAH

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 804 S.E.2d 794 (2017), affirming in part, reversing in part, and remanding an order setting aside a foreclosure sale issued by Judge Kendra D. Hill, and reversing an order for possession of real property issued by an Assistant Clerk of Superior Court, both entered on 30 December 2015 in Superior Court, Wake County. Heard in the Supreme Court on 14 March 2018.

*No brief for petitioner-appellee Addison Reserve Homeowners Association, Inc.*

*Adams, Howell, Sizemore & Lenfestey, P.A., by Ryan J. Adams, for respondent-appellant Gina Ackah.*

*Law Office of Edward Dilone, PLLC, by Edward D. Dilone, for third-party appellee Jones Family Holdings, LLC.*

PER CURIAM.

AFFIRMED.